UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,

Case No. 15-11987

-vs-                                  Honorable Avern Cohn

AMERICAN CONSULTANTS RX,
INC., and JOHN DOES 1-10,

    Defendants.

## NOTICE OF DISMISSAL

    NOW COMES the Plaintiff, by and through its undersigned attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby voluntarily dismisses Plaintiff's individual claims against Defendants without prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

    Respectfully submitted,

    **PLAINTIFF**

    MICHIGAN URGENT & PRIMARY
    CARE PHYSICIANS, P.C.

    /s/ Daniel A. Edelman
    Daniel A. Edelman
    EDELMAN, COMBS, LATTURNER &
    GOODWIN, LLC
    20 South Clark Street, Suite 1500
    Chicago, IL 60603
    (312) 739-4200

/s/ Adam G. Taub  
Adam G. Taub (P48703)  
7200 W 10 Mile Rd Suite 200  
Southfield, MI 48075  
Phone:  (248) 746-3790  
Email:   adamgtaub@clgplc.net

## **CERTIFICATE OF SERVICE**

  I, Daniel A. Edelman, hereby certify that on October 28, 2015, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois via the Clerk's CM/ECF system and served a true and accurate copy on the following party:

***VIA U.S. Mail***
American Consultants Rx, Inc.
2900 Camp Creek Parkway, Suite D-13
College Park, GA 30337

                 *s/ Daniel A. Edelman*
                 Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)